**Order filed September 22, 2020**



### In The

# Eleventh Court of Appeals

_____

## No. 11-20-00071-CV

_____

## LANCE WALTER KING, Appellant

## V.

## BRIA ALEXIS KING, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66022**

### O R D E R

Upon granting the motion for rehearing filed by Appellant, Lance Walter King, this court informed Appellant that it was his responsibility (1) to request the preparation of and either pay for or make arrangements to pay for the reporter's record and (2) to pay for or make arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2), (b). We directed that Appellant do so on or before September 21, 2020.

The district clerk has notified this court that Appellant has made the required payment and filed a written designation for the clerk's record. However, the court reporter has notified this court that Appellant has not submitted a request for the preparation of the reporter's record and that Appellant has not paid for or made arrangements to pay for the reporter's record. Thus, Appellant has not complied with this court's August 20 order with respect to his responsibilities regarding the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2), (3). If Appellant fails to request and either pay for or make arrangements to pay for the reporter's record **on or before October 5, 2020**, this appeal will be submitted on the clerk's record alone—without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

PER CURIAM

September 22, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.